*George I. Remer et al.. Ex'rs, &c. appellants* v. *Lewis R. Peck, respondent.* D. B. Prosser, for appellants; H. Welles for respondent. Decided that a surrogate has jurisdiction to decree an account against executors, upon the application of *[Accounting by executors before surrogate.]*

10*

90

a person claiming to be a creditor of the decedent, although the existence of the debt is denied by the executors.

Decree appealed from affirmed with costs, and proceedings remitted to the surrogate.